AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **DELAWARE**

UNITED STATES OF AMERICA
V.
ABEL O. MAYMI

**WARRANT FOR ARREST**

CASE NUMBER: 05- 03M-MPT

REDACTED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Abel O. Maymi
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Unlawful Flight to Avoid Prosecution

in violation of Title __18__ United States Code, Section(s) __1073__

Honorable Mary Pat Thynge
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

Wilmington, DE  January 19, 2005
Date and Location

Bail fixed at $ __No Bail__   by _____
                                 Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

Dismissed per Court Order

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1-19-05 | William David Doerr | William Doerr |
| DATE OF ARREST | | |
| 2-4-05 | | |